**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2450**

JEANETTA CARTER,

             Plaintiff - Appellant,

        v.

WAWA, INC.,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Arenda L. Wright Allen, District Judge.  (4:17-cv-00011-AWA-LRL)

Submitted:  May 31, 2018                                Decided:  June 6, 2018

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeanetta Carter, Appellant Pro Se.  Michael Gordon Matheson, THOMPSON MCMULLAN PC, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeanetta Carter appeals the district court's order granting summary judgment to Wawa, Inc. and denying Carter's amended cross-motion for summary judgment and motion to amend her amended cross motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Carter v. Wawa, Inc.*, No. 4:17-cv-00011-AWA-LRL (E.D. Va. Dec. 12, 2017). We further grant Carter leave to proceed in forma pauperis, grant Carter's motion to extend time to file a motion to supplement the record on appeal, and deny Carter's motions to supplement the record on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*